**Exhibit A to the Complaint**

**Location:** Brooklyn, NY

**Total Works Infringed:** 38

**IP Address:** 70.107.109.145

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DE895968500AD3A46658CF45BAB4055AAC2D2F21 <br> File Hash: <br> 890ACD7580F13B7FB809B1AA21A80EB763F3EF9E6F7FE6D81B097EBE9EB53B73 | 03-06-2022 01:09:42 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 2 | Info Hash: D113334FA7FF7F67CF5D3B430313D36654C67CFE <br> File Hash: <br> 52F2DD1C2E9A6603272AC2338720AE046EE9DF5F93033264E0A27B3C6E15FFAC | 03-06-2022 01:00:34 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 3 | Info Hash: 08A86B846C7628DDD8EA2B93D90A0EDE2805C010 <br> File Hash: <br> E6E798945A23CEB8957A42569C60FD1617F141EA7E85B11FE447F6D9D7DF8D8C | 03-06-2022 00:49:34 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 4 | Info Hash: B378CAEB9DFA80E256C29E523B89DDF82169A9A8 <br> File Hash: <br> E64CACDF7AD828C5779DB739D83EE7FCDD2A79C1B31BD3E720626A8967E886CF | 03-06-2022 00:48:50 | Vixen | 07-08-2017 | 08-17-2017 | PA0002077664 |
| 5 | Info Hash: E0F001F1D2B4A98257012A2AAD511EF68C435823 <br> File Hash: <br> 2FEE73D0669E51780CDF5A40C6FBC1A326251B0B3096AC6DC40486F58B50D687 | 03-05-2022 23:38:23 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 6 | Info Hash: E446942F4BBFBF5F2C32AAE0B632138FF5C915CD <br> File Hash: <br> FF9585E7DB4E2C84A63A87F7A0DF0F396AA60CFF08DE4BB115A977B9C0D5CA5E | 03-05-2022 23:32:28 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 7 | Info Hash: 03624A42E7C4541CD8CC2539A5110FA6F71F3AF5 <br> File Hash: <br> 509BB3BAA1EB34503E5FB225866E2BEC5F10886EE84B772407E4B0DBF0A17F8F | 02-12-2022 07:06:15 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 8 | Info Hash: 0ED1618079E29D4BB708465328D67B227B1AA795 <br> File Hash: <br> 74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 02-12-2022 01:03:31 | Vixen | 03-10-2018 | 04-17-2018 | PA0002116743 |
| 9 | Info Hash: D4F52517DC48FF927307B55BE341A274683C38C4 <br> File Hash: <br> BCA131295A648A2056BB8137A759EDE88EF9FF40A75F91EA4155B955F0188189 | 02-11-2022 00:06:24 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 10 | Info Hash: A0F6BF8070A998876C36DED0B2A2F4012225842A <br> File Hash: <br> C71BAF795637D02AEBE3D01FCEEC84E2C8D3407A6EDBDEEF862BF17009D44792 | 02-03-2022 03:19:45 | Vixen | 03-30-2017 | 06-05-2017 | PA0002052862 |
| 11 | Info Hash: 1F4BC04D8EC80EBBC3E1AB4F453C400D1355626F <br> File Hash: <br> 6A53E0B152D167C64AFA6C98580D032B9346556BBC710AAFB5FCFED8FB47D465 | 02-03-2022 00:30:33 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 12 | Info Hash: 3D44B094F4EF6F6934D35B4D1B7332879F0C8F71<br>File Hash:<br>B40F7BFC1A8932ADCDAFAB881E4D6E84218488CC78D5F18FA85FEA042ECC6203 | 02-02-2022<br>23:50:19 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |
| 13 | Info Hash: 823156F132BE145CC3B08B06F542A7928737C32F<br>File Hash:<br>1C15E6E7A002D9C8861941FA3D5411DEE6FECB1590B8AD6E8E71DA44E5C620E9 | 02-02-2022<br>23:29:12 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 14 | Info Hash: 87DA91B29FCCE72DAE7890CC24057B7F922E105B<br>File Hash:<br>E709DB0873EC57F63BCD875EF6E75B82CC7BE6BC5FC8D58693710224BC14BDB9 | 02-02-2022<br>22:51:47 | Vixen | 11-15-2019 | 12-03-2019 | PA0002232048 |
| 15 | Info Hash: 355B946D7BAECA20A27DF6E5758033D2D1AA36D2<br>File Hash:<br>43E53F7A6910B7FC77CA0705ACAFDC90C0E69E3F02967C85B138D41EE359DB88 | 02-02-2022<br>22:45:24 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 16 | Info Hash: 41577E4102ED339277357B7EF3E97C1347487EE2<br>File Hash:<br>880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 02-02-2022<br>22:25:49 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 17 | Info Hash: 1C48C5131651DA5BEE4F74E0455D5E60932635B9<br>File Hash:<br>5DD59840D8B3633D530FF21511DB16B48B824A408D789D3F746CFB9472C0D956 | 02-02-2022<br>22:25:01 | Vixen | 12-10-2017 | 01-04-2018 | PA0002097451 |
| 18 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1<br>File Hash:<br>0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 02-02-2022<br>22:20:56 | Vixen | 05-24-2019 | 07-17-2019 | PA0002188303 |
| 19 | Info Hash: 62C92B416712660F3575F3789860DFDB90A1A4C2<br>File Hash:<br>4A97D5D295359476C64C4B84E5BE522E8C523ACEAA933976B7EFE235E1D252C9 | 02-02-2022<br>22:04:30 | Vixen | 03-20-2018 | 04-12-2018 | PA0002091523 |
| 20 | Info Hash: 53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash:<br>3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 02-02-2022<br>21:40:36 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 21 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash:<br>4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 02-02-2022<br>21:11:20 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |
| 22 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash:<br>1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 02-02-2022<br>06:45:32 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 23 | Info Hash: 288EBA072091AF90DF7E22989C4BC66087B2C773<br>File Hash:<br>C33B12F73EDE6B2928DDAADAB8360F08C1F8825C266E5D06A5B8E5F351889D4E | 02-02-2022<br>05:52:37 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 24 | Info Hash: 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806<br>File Hash:<br>9BB4B80B2874773C608A5E46747FAC0F93629D1C9636ED6CF313EA61221E810D | 02-02-2022<br>05:50:35 | Vixen | 07-18-2018 | 09-01-2018 | PA0002119684 |
| 25 | Info Hash: 1B249446B394B84FF043480BD2BC3867CA5E63D7<br>File Hash:<br>ED926973D7330C9C37951B38FBA70C610162709323601405D650A6E7B554A16B | 02-02-2022<br>03:22:36 | Vixen | 12-10-2021 | 03-04-2022 | PA0002345787 |
| 26 | Info Hash: FA559A61850FE6B3A7C43F46FE168F51ABCB8C2A<br>File Hash:<br>F8A46AEC8B6B5FEDEA126180DB4ED9C9B694D8A1CB2EC79EBF46465179F5BB42 | 02-02-2022<br>00:04:01 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 27 | Info Hash: 47DB6555228172BB8797217B01084516798A8349<br>File Hash:<br>CC82F2E7DF0924F6F7D88011FDAD37A3F27430526D858BCA765BB300BB4537B7 | 02-01-2022<br>07:12:39 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 28 | Info Hash: 15A32CA1CFAD3EA65AF87CAA8C9FB09CE356E9C1<br>File Hash:<br>52761A8B9BABD66BC223530139667BCA7A7FA6B537B66EF70535D77A27CB3C3D | 02-01-2022<br>07:02:41 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 29 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash:<br>D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 02-01-2022<br>06:29:28 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 30 | Info Hash: 50E15D2CBEC667D65E27914E8CD54CFC687BA554<br>File Hash:<br>894EB6B77308919ACE1143A162DF1B62024AC823EACDFAD00FFF7795200FA6E8 | 01-31-2022<br>21:13:02 | Vixen | 10-11-2018 | 10-28-2018 | PA0002130457 |
| 31 | Info Hash: A4F32B9E35B11D245A89EFB3BC49DF3C307DBC4C<br>File Hash:<br>4EB9FCBEBC376A05C29B4F19D8073EB83169AC9893DBF6B4C8555D270A41F5F8 | 01-31-2022<br>21:11:21 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 32 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash:<br>829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 01-31-2022<br>21:06:58 | Vixen | 03-25-2019 | 04-16-2019 | PA0002187577 |
| 33 | Info Hash: 728FEEBA350EC584BC7E9E2759A64F759E9B7855<br>File Hash:<br>AD5470EFA8A5C85886C8855DB48558326273F73168397DFFC88EE5E6B5BB1A2A | 01-31-2022<br>21:04:50 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 34 | Info Hash: 73AE32099EBCDFF152626E1D575C026CF59135DC<br>File Hash:<br>33E9C45701015E4B864D2C4DD6D818BF2A8742FB4F11412D73F3F44F5F73D2E0 | 01-31-2022<br>19:13:00 | Vixen | 07-18-2019 | 09-10-2019 | PA0002199410 |
| 35 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash:<br>E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 01-31-2022<br>19:12:37 | Vixen | 07-08-2019 | 09-10-2019 | PA0002199411 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 176C8644F7C9DC603A411C98897AC75E05D7C673<br>File Hash:<br>095FC1E6A77B1880C1B5153E88FC978B3894DA027D822FDC72A5E99FDA31A989 | 01-31-2022 14:19:44 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 37 | Info Hash: A8A3BD6F55B9776288B17A4D7B1FCB3021AD855D<br>File Hash:<br>16790032FA462191BB440E4D6DD29B36EF6B1A7082A9BD4E64516782E80A4046 | 01-30-2022 23:41:59 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 38 | Info Hash: 7B5C509F0E138C25DA7E1CFEDEBD4AA7B5DCF4BC<br>File Hash:<br>7A28194A1CC4B1F19B17D5740386B6F1D8D499F361CF1FCC92F31BEF672E1653 | 12-16-2021 04:11:41 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |